BENNETT ROSE and Another v. GALUTEN HOLDING CORPORATION and Others.— Motion granted on condition that appeal be argued or submitted on October 24, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAUL RUBIN v. LATEINER FOOTWEAR Co., INC.— Motion dismissed, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROHE & BROTHER v. ALEXANDER SINGER and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE OBERDORFER v. ANN ROWDEN GEORGE, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID ZIZMOR, Individually and as a Stockholder, etc., v. NATHAN SHAPANKA and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID ZIZMOR, Individually and as a Stockholder, etc., v. NATHAN SHAPANKA and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NETHERLAND HOLDING CORPORATION v. RUSSEL H. KITTEL and Another, Impleaded, etc. RUSSEL H. KITTEL and Another and MABEL B. KITTEL v. NETHERLAND HOLDING CORPORATION.— Motion to dismiss appeal denied; appeal limited to a consideration of the items allowed by the referee and disallowed on the motion to confirm his report. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS KATZ v. PROGRESSIVE AGENCY OF NEW JERSEY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH G. BLUM and Others v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK.— Motion to dismiss appeal denied, with leave to renew if the appeal be not diligently prosecuted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PAULA ALEXANDER v. HYMAN WOLFSON, Doing Business, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS MICHELSON v. WILLIAM JOHNSTON and Others, Impleaded with ROBERT F. TIGHE and GENEVIEVE E. TIGHE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RALPH J. ORGERA v. THIRD AVENUE RAILWAY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELIAS KLEINMAN v. SAMUEL WALLMUTH.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KATHERINE FICHTE and Another v. QUEENS BUS LINES, INC.— Motion to dismiss appeal denied, with leave to renew if the appeal be not diligently prosecuted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PAULINE LEVY v. TIER REALTY CORPORATION and Another.— Motion to